```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13998
     ROGER WASHINGTON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

             Debtor
     SSN XXX-XX-3676


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was confirmed 07/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was dismissed after confirmation 01/29/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG       .00              .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE       .00              .00             .00
BANK OF NEW YORK          CURRENT MORTG       .00              .00             .00
CHICAGO PATROLMENS C U    SECURED NOT I     803.96             .00          803.96
CHICAGO PATROLMENS C U    UNSECURED      NOT FILED             .00             .00
CREDIT ACCEPTANCE CORP    SECURED NOT I       .00              .00             .00
CREDIT ACCEPTANCE CORP    UNSECURED      NOT FILED             .00             .00
MONTERREY FINANCIAL       SECURED          2500.00             .00          902.72
GLENDA J GRAY             REIMBURSEMENT      26.00             .00           26.00
AARONS SALES              SECURED          1071.82             .00          387.01
AMERICAS FINANCIAL CHOIC  UNSECURED          93.19             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED        1100.00             .00             .00
CBC NATIONAL COLLECTION   UNSECURED      NOT FILED             .00             .00
CHICAGO PATROLMENS C U    UNSECURED        3189.65             .00             .00
CHICAGO PATROLMENS C U    UNSECURED        3530.61             .00             .00
CHICAGO PATROLMENS C U    UNSECURED         500.00             .00             .00
US DEPT OF EDUCATION      UNSECURED       34513.07             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        3080.04             .00             .00
PALISADES COLLECTION LLC  UNSECURED        1326.55             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1592.79             .00             .00
T MOBILE                  UNSECURED         271.94             .00             .00
BANK OF NEW YORK          MORTGAGE ARRE    3388.12             .00             .00
AARONS SALES              UNSECURED      NOT FILED             .00             .00
MONTERREY FINANCIAL       UNSECURED         468.60             .00             .00
GLENDA J GRAY             NOTICE ONLY    NOT FILED             .00             .00
ABN AMRO MORTGAGE GROUP   UNSECURED      NOT FILED             .00             .00
AMERICAS FINANCIAL CHOIC  UNSECURED      NOT FILED             .00             .00
AMERICAS FINANCIAL CHOIC  UNSECURED      NOT FILED             .00             .00
AMERISTAR FINANCIAL       UNSECURED      NOT FILED             .00             .00
ARONSON FURNITURE         UNSECURED      NOT FILED             .00             .00
HB TX MASTER              UNSECURED      NOT FILED             .00             .00
CHASE RECIEVABLES         UNSECURED      NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13998 ROGER WASHINGTON
```

```
CREDIT PROTECTION          UNSECURED     NOT FILED              .00           .00
DAIMLERCHRYSLER FINANCIA   UNSECURED     27574.12               .00           .00
FORD MOTOR CREDIT CORPOR   UNSECURED     NOT FILED              .00           .00
FIRST PREMIER BANK         UNSECURED     NOT FILED              .00           .00
PEOPLES GAS                UNSECURED     NOT FILED              .00           .00
AARON SALES & LEASE OWNE   UNSECURED       703.24               .00           .00
AARON SALES & LEASE OWNE   SECURED        1220.33               .00        440.70
AARON SALES & LEASE OWNE   UNSECURED       797.18               .00           .00
HSBC/BASE                  UNSECURED     NOT FILED              .00           .00
HOUSEHOLD MORTGAGE SERVI   UNSECURED     NOT FILED              .00           .00
MERCEDES BENZ FINANCIAL    UNSECURED     NOT FILED              .00           .00
NATIONWIDE ACCEPTANCE~     UNSECURED     NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED              .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED     NOT FILED              .00           .00
TCF BANK SAVINGS           UNSECURED     NOT FILED              .00           .00
TCF BANK SAVINGS           UNSECURED     NOT FILED              .00           .00
TOYOTA MOTOR CREDIT        UNSECURED     NOT FILED              .00           .00
US DEPT OF EDUCATION       UNSECURED     NOT FILED              .00           .00
US DEPT OF EDUCATION       UNSECURED     NOT FILED              .00           .00
US DEPT OF EDUCATION       UNSECURED     NOT FILED              .00           .00
WELL FARGO FIN             UNSECURED     NOT FILED              .00           .00
WELLS FARGO FIN            UNSECURED     NOT FILED              .00           .00
GLENDA J GRAY              DEBTOR ATTY   3,000.00                         2,253.76
TOM VAUGHN                 TRUSTEE                                          389.11
DEBTOR REFUND              REFUND                                              .00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,203.26

PRIORITY                                              26.00
SECURED                                            2,534.39
UNSECURED                                               .00
ADMINISTRATIVE                                     2,253.76
TRUSTEE COMPENSATION                                 389.11
DEBTOR REFUND                                           .00
                        ---------------         ---------------
TOTALS                   5,203.26                  5,203.26

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/10/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |